*The Court approves voluntary dismissal with prejudice 12/28/2020.*
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Erin Webb, | * |
| | Case No. 1:20-cv-1153 |
| Plaintiff, | * |
| v. | Judge James S. Gwin |
| | * |
| Boulder Healthcare LLC, *et al.*, | |
| | * |
| Defendants. | |
| | * |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff Erin Webb, by and through the undersigned counsel, to hereby give the Court notice of her dismissal with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) of Plaintiff's claims against Defendants Boulder Healthcare LLC and Euclid Beach Healthcare LLC in the above-captioned matter.

**COFFMAN LEGAL, LLC**

*/s/ Matthew J.P. Coffman*
Matthew J.P. Coffman (0085586)
Adam C. Gedling (0085256)
1550 Old Henderson Road
Suite 126
Columbus, Ohio 43220
Telephone: (614) 949-1181
Facsimile: (614) 386-9964
Email: mcoffman@mcoffmanlegal.com

**Nilges Draher LLC**

Shannon M. Draher (Ohio Bar #0074304)
Hans A. Nilges (Ohio Bar #0076017)
7266 Portage Street, N.W., Suite D
Massillon, OH 44646
Phone: (330) 470-4428
Facsimile: (330) 754-1430
sdraher@ohlaborlaw.com
hans@ohlaborlaw.com